UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HOWARD COHAN,

    Plaintiff,　　　　　　　　　　　Case No. 20-cv-10973
　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

v.

THIRD DUNKIN' DONUTS
REALTY, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　s/Matthew F. Leitman
　　　　　　　　　　　　　　　　　　MATTHEW F. LEITMAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: August 14, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2020, by electronic means and/or ordinary mail.

　　　　　　　　　　　　　　　　　　s/Holly A. Monda
　　　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　　　(810) 341-9764